

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00454-CV

Charlene **MENDEZ**,
Appellant

v.

Jeremy **DELGADO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10408
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. We ORDER appellant to file her brief on or before December 4, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court